PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Khaliq Lockett                     Cr.: 07-00273-001
                                                     PACTS #: 48578

Name of Sentencing Judicial Officer: The Honorable Katherine S. Hayden

Date of Original Sentence: 10/02/07

Original Offense: Felon in Possession of a Firearm

Original Sentence: 72 months custody; three years supervised release; $100 Special Assessment

Type of Supervision: Supervised Release          Date Supervision Commenced: 04/13/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     The offender has violated the special supervision condition which states 'ALCOHOL/DRUG TESTING AND TREATMENT

**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'**

On June 15, 2012, the undersigned officer met with the offender at his residence in Jersey City, New Jersey. During the home visit, the undersigned officer requested that the offender provide a urine sample for instant detection of illicit drug use, which he respectfully refused. The offender immediately admitted he had smoked marijuana on June 12, 2012, and requested that the undersigned officer not take a urine sample as he was embarrassed to have his grandmother, with whom he resides and who was present at the time of contact, find out of the results. The offender executed a Drug Admission Form, dated June 15, 2012, admitting to his use of marijuana on June 12, 2012.

PROB 12A - Page 2
Khaliq Lockett

U.S. Probation Officer Action:

The offender has been verbally reprimanded for his actions and advised that the Court would be notified of his non-compliance. If Your Honor approves, the probation office will increase urine monitoring for illicit drug use detection and will present the offender with New Directions Substance Abuse Lifeskills Course, a home study, behavioral science workbook for overcoming drug and alcohol addictions, which the undersigned officer will oversee to completion. The probation officer respectfully requests that the Court sign this petition, agreeing to this noncompliance response.

Respectfully submitted,

Gisella M. Bassolino
2012.06.25 09:40:07 -04'00'

By: Gisella M. Bassolino
U.S. Probation Officer

Carolee Ann Azzarello
2012.06.25 09:59:56 -04'00'

Date: 06/25/12

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other: Have the offender complete the New Directions Substance Abuse Lifeskills Course workbook

_____
Signature of Judicial Officer

June 25, 2012
Date