PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Khaliq Lockett  
**Docket Number:** 07-00273-001  
**PACTS Number:** 48578

**Name of Sentencing Judicial Officer:** Honorable Katharine S. Hayden  
Senior United States District Judge

**Date of Original Sentence:** 10/02/2007

**Original Offense:** Unlawful Possession of a Firearm by a Convicted Felon

**Original Sentence:** 72 months imprisonment; 3 years supervised release; $100 Special Assessment.

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** 04/13/12

**Assistant U.S. Attorney:** Jud Welle, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Chester Keller, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant  
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'
 | On September 19, 2012, the offender was arrested by the Jersey City Police Department and charged with possession of CDS; possession with intent to distribute CDS within 1000 feet of a school; tampering with evidence; obstruction of governmental function; resisting arrest; and, possession of CDS within 500 feet of public property.

PROB 12C - Page 2
Khaliq Lockett

2      The offender has violated the standard supervision condition which states **'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'**

The offender was bailed out of custody on September 20, 2012. The offender failed to report the arrest detailed in Violation No. 1 within the 72-hour time period allotted.

3      The offender has violated the special supervision condition which states **'ALCOHOL/DRUG TESTING AND TREATMENT**

**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'**

On September 12, 2012, the offender tested positive for marijuana via a 10-panel instant test, and executed a Drug Admission Form admitting that he smoked marijuana on September 5, 2012.

4      The offender has violated the special supervision condition which states **'ALCOHOL/DRUG TESTING AND TREATMENT**

**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'**

On October 1, 2012, the offender tested positive for marijuana, MDMA, and amphetamines via a 10-panel instant test. The offender admitted to the marijuana use, and executed a Drug Admission Form admitting that he smoked marijuana on September 30, 2012; however, he denied use of MDMA or amphetamines.

5      The offender has violated the standard supervision condition which states **'The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month.'**

PROB 12C - Page 3
Khaliq Lockett

With the exception of submitting a monthly report via the Internet for the months of March and August 2012, the offender has failed to complete monthly reports for all months he has been under supervision.

I declare under penalty of perjury that the foregoing is true and correct.

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 10/4/12

Gisella M. Bassolino
2012.10.04 13:10:55
-04'00'

Carolee Ann Azzarello
2012.10.04 14:56:16 -04'00'

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 10/15/12 @ 10:00 a.m.
[ ] No Action
[ ] Other

Signature of Judicial Officer

10 · 10 · 12
Date