PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Khaliq Lockett  Cr.: 07-00273-001
PACTS #: 48578

Name of Sentencing Judicial Officer: The Honorable Katharine S. Hayden

Date of Original Sentence: 10/02/07

Original Offense: Felon in Possession of a Firearm

Date of First Violation: 07/16/13: Offender pleaded guilty to committing another crime

Violation Sentence: four months custody; one year supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: 11/12/13

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On January 13, 2014, officers of the Port Authority of New York and New Jersey conducted a traffic stop of a 2005 Chevrolet Cobalt, as it attempted to enter the Holland Tunnel. The vehicle was found to have an expired inspection sticker and the driver, subsequently identified as the offender, was found to be driving with a suspended license, and to have an active warrant for his arrest for failure to pay fines associated with a prior state conviction. The offender was arrested for being a wanted person. |
| 2 | The offender was driving a vehicle while his license was suspended. |
| 3 | On the date of his arrest, the offender was attempting to travel into New York without first asking permission to do so by the probation officer. |

U.S. Probation Officer Action:

During an office visit on February 6, 2014, the offender was verbally reprimanded for his actions. He provided documentation which confirms he paid off the outstanding fines owed on his prior state case, as well as an electronic printout he obtained previously from the New Jersey State Department of Motor Vehicles (DMV), which caused him to believe his license was in good standing. The offender is currently in the process of rectifying the matter in order to have his license reinstated. The offender was instructed he can not drive a motor vehicle until the matter is resolved with the DMV and reminded that any travel into New York, other than for work related purposes, must be first cleared with the probation officer.

The probation office recommends presentation of this document as a formal judicial reprimand. Our office will continue to monitor the offender's actions in the community, and any future issues of noncompliance will be reported to the Court.

Respectfully submitted,

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 02/10/14

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other: Present this document to the offender as a formal judicial reprimand from the Court

_____
Signature of Judicial Officer

2/20/14
Date