PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Khaliq Lockett                               Cr.: 07-00273-001
                                                                PACTS #: 48578

Name of Sentencing Judicial Officer: The Honorable Katharine S. Hayden

Date of Original Sentence: 10/02/07

Original Offense:  Felon in Possession of a Firearm

Original Sentence:  72 months custody; 3 years supervised release; $100 Special Assessment

Date of First Violation: 07/16/13: Offender pleaded guilty to committing another crime

Violation Sentence: four months custody; one year supervised release

Type of Supervision: Supervised Release              Date Supervision Commenced: 11/12/13

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The offender is unable to pay the electronic monitoring fee.


U.S. Probation Officer Action:

On September 18, 2014, Your Honor signed a modification request ordering the offender be placed on electronic monitoring with the offender to pay the costs of monitoring. Since being on home confinement, the offender has been unemployed and has no means to pay this debt. We respectfully request that Your Honor order that the electronic monitoring be transferred to agency pay, so that the probation office may absorb the associated costs. The offender is scheduled to complete his home confinement term on or about November 10, 2014, and his term of supervised release is scheduled to terminate on November 11, 2014.


                                              Respectfully submitted,
                                                        Gisella M.
                                                        Bassolino
                                                        2014.11.03
                                                        15:38:59 -05'00'

                                              By:  Gisella M. Bassolino
                                                   U.S. Probation Officer
                                              Date:  11/03/14

**No Response is necessary unless the court directs that additional action be taken as follows:**

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other: The electronic monitoring costs are to be transferred from self pay to agency pay.

_____
Signature of Judicial Officer

11/13/14
_____
Date